# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DISHAY DEMONE ELZEY

NO. 2019 KW 0928

SEP 17 2019.

---

In Re:    Dishay Demone Elzey, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 506841.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.** It is well-settled that district court judges have the discretion, if the interests of justice require, to allow a petitioner to amend and supplement a timely filed but not yet ruled on application for postconviction relief. See **State ex rel. Benn v. State**, 2011-2418 (La. 6/22/12), 90 So.3d 1045, 1046 (*per curiam*). See also **State ex rel. Foy v. Whitley**, 92-1281 (La. 10/6/95), 661 So.2d 455. The instant writ application was filed almost ten months after the district court's rulings on relator's applications for postconviction relief.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT